

FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. DEFENDANT(S). | CASE NUMBER 2:23-CR-00628-DMG-3 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __February__ __23__, __2024__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Eick__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/20/24__              _____
                                U.S. District Judge/Magistrate Judge